IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| **MIGUEL RODRIGUEZ,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. 7:17-CV-00158 |
| **STANDARD GUARANTY INSURANCE** | § | |
| **COMPANY,** | § | |
| | § | |
| **Defendant.** | § | |

## JOINT NOTICE OF SETTLEMENT AND
## MOTION TO CONTINUE PRETRIAL DEADLINES

Plaintiff Miguel Rodriguez and Defendant Standard Guaranty Insurance Company (the "Parties") file this Joint Notice of Settlement and Motion to Continue the Pretrial Deadlines as follows:

The parties recently reached a settlement in principle related to all matters raised in this lawsuit, and request that the Court continue the Deadline to file a Joint Pretrial Order, currently scheduled for November 29, 2017, and the Pretrial Conference, currently scheduled for December 6, 2017, for sixty (60) days so that the parties may properly prepare and execute a final settlement agreement. The Parties anticipate filing a stipulation of dismissal in this matter upon execution of the final settlement agreement.

Respectfully submitted,

*/s/  Michael Lawrence w/ permission*

**Larry Lawrence**
State Bar No. 00794145
**Michael Lawrence**
State Bar. No. 24055826
LAWRENCE LAW FIRM
3112 Windsor Rd., Suite A234
Austin, Texas 78703

        Telephone: (956) 994-0057
        Facsimile: (800) 507-4152

        **Dan Cartwright**
        State Bar No. 03942500
        **Lory Sopchak**
        State Bar No. 24076706
        CARTWRIGHT LAW FIRM, LLP
        1300 Post Oak Blvd., Suite 760
        Houston, Texas 77056
        Telephone: (713) 840-0950
        Facsimile: (713) 840-0046

        *ATTORNEYS FOR PLAINTIFF*

        **EDISON, MCDOWELL & HETHERINGTON LLP**

        By: */s/ Bradley J. Aiken*
        Bradley J. Aiken
        State Bar No. 24059361
        Federal Bar No. 975212
        Pooneh A. Momeni
        State Bar No. 24098123
        1001 Fannin Street, Suite 2700
        Telephone: 713-337-5580
        Facsimile: 713-337-8850
        Brad.aiken@emhllp.com

        *ATTORNEYS FOR DEFENDANT*

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing has been served on November 27, 2017, on the following counsel of record by the Court's CM/ECF:

| | |
|---|---|
| Larry Lawrence | Dan Cartwright |
| Michael Lawrence | Lory Sopchak |
| Lawrence Law Firm | Cartwright Law Firm, LLP |
| 3112 Windsor Rd., Suite A234 | 1300 Post Oak Blvd., Suite 760 |
| Austin, Texas 78703 | Houston, Texas 77056 |

        */s/ Pooneh A. Momeni*

        Pooneh A. Momeni